September 1st 2023



To the honorable Judge Glenn Suddaby,

    I'm writing you this letter in regards of early determination. In February 2023, I was advised by you to reapply for early determination in September 2023.

    I continue employment at Stone central, in which I held my current position for over 2 ½ years now. At this time, I'm studying to take my CDL's as well as seeking employment at Hillbrook Juvenile Detention Center. I'm looking forward to talking with the young adolescents & sharing the experience I had showing them the life, they're leading in is not the life to live.

    Furthermore, I'm focusing on leading a better life for me & my family, especially for my daughters. I'm blessed to have probation back me on my request for early determination. Paul Beandofino is an amazon supporter of me. Please feel free to contact Mr. Beandofino in regards of this request. Thank you for your Consideration.

Sincerely, Jeffery Powell

Case 5:11-cr-00317-GTS   Document 507   Filed 09/06/23   Page 2 of 2

JEFFREY Powell
230 Sunrise Dr
Syracuse N.Y 13205

U.S. DISTRICT
JOHN M. DOMURAD, CLERK

SEP 0 5 2023

RECEIVED

SYRACUSE NY 130
1 SEP 2023  19 2 L

Honorable Judge Glenn Suddaby
US District Court
P.O. Box 7367
Syracuse N.Y 13261